UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENESCO, INC.,**  Plaintiff,  v.  **TRICO INTERNATIONAL, INC.,**  Defendant. | Civil No. 10-2757 (WJM)  **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's motion to enforce foreign judgment in lieu of complaint; and Plaintiff seeking to enforce a Tennessee state court judgment, *see* Mot. Ex. C; and the Court noting that 28 U.S.C. § 1963 does not provide for the registration of state court judgments in the federal district court, *see Euro-American Coal Trading, Inc. v. James Taylor Mining, Inc.*, 431 F. Supp. 2d 705, 707 (E.D. Ky. 2006) ("[T]he registration procedures of 28 U.S.C. § 1963 contain jurisdictional limitations that prohibit federal courts from registering state court judgments."); and the Court further noting that it lacks the subject matter jurisdiction to enforce Plaintiff's Tennessee judgment because this state court judgment could not be registered in federal court under Section 1963, *see Orne v. Shinn*, Civ. No. 02-336, 2002 WL 1729651, at *1 (D.N.H. July 26, 2002) (holding that court lacked subject matter jurisdiction to enforce the plaintiff's Massachusetts state judgment because state judgments cannot be registered in the federal court under § 1963); and Plaintiff having provided no basis upon which this Court could exercise subject matter jurisdiction; and for good cause appearing;

**IT IS** on this 19th day of August 2010, hereby,

**ORDERED** that Plaintiff's motion is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

    /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**